1054

No. 93–7201. McGLOCKLIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7329. WILSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7647. DANIELS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7704. McKENZIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7720. MOORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7744. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7883. ADEPEGBA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7916. MORGAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7998. VAN WAGNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8007. RAMSEY v. CROSBY ET AL. Sup. Ct. Colo. Certiorari denied.

No. 93–8023. HALE v. VIA ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–8025. ORTEGA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–8031. L. A. E. v. DAVIS ET AL. Sup. Ct. Ga. Certiorari denied.

No. 93–8032. STREETER v. BURTON. C. A. 11th Cir. Certiorari denied.

No. 93–8037. HUNNEWELL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.